# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2204

_____

JOSEPH W. ALLEN,

    Appellant,

v.

CORD BYRD, in his official
capacity as Secretary of the
State of Florida,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
James Lee Marsh, Judge.

March 28, 2024

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and BILBREY and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Joseph W. Allen, pro se, Appellant.

Joseph S. Van de Bogart, General Counsel, and Ashley E. Davis, Chief Deputy General Counsel, Florida Department of State, Tallahassee, for Appellee.